IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR174-1

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DOUGLAS SINGLETARY, JR., | ) | |
| Defendant | ) | |

    THIS MATTER is before the court upon the government's motion for leave to dismiss the Bill of Indictment in the above-captioned case without prejudice. Leave is hereby GRANTED.

    The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

    IT IS SO ORDERED.

**Signed: October 4, 2005**

Graham C. Mullen
Chief United States District Judge